JON M. ICHINAGA (#137290)
  Chief Counsel
GREGORY J. MANN (#200578)
  Senior Staff Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758
Telephone:  (213) 439-6799
Facsimile:   (888) 382-5293
Attorneys for Plaintiff, DFEH
(Fee Exempt, Gov. Code, § 6103)

PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA M. WEBER  (#121144)
G. ALLEN BRANDT  (#264935)
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200
paula.weber@pillsburylaw.com
allen.brandt@pillsburylaw.com
Attorneys for Defendant
AT&T MOBILITY SERVICES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC, and; DOES ONE through THIRTY, Inclusive,<br><br>Defendants.<br><br>TAMMY RAE GOODRICH,<br><br>Real Party in Interest. | Case No.  1:11-cv-02114-AWI-SKO<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER DISMISSING ACTION** |

-1-

*Dept. Fair Empl. & Hsg. v. AT&T MOBILITY SERVICES, INC.* (Goodrich)
JOINT STIPULATION FOR DISMISSAL



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through their respective counsel of record, that the within action may be dismissed with prejudice, each party to bear its own costs and expenses of suit.  The court shall retain jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted.

Dated:  March 6, 2013          DEPARTMENT OF FAIR EMPLOYMENT
                                AND HOUSING


                                By:  /s/ Gregory J. Mann
                                     Gregory J. Mann
                                     Attorneys for the Department


Dated:  March 6, 2013          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                PAULA M. WEBER
                                G. ALLEN BRANDT
                                Four Embarcadero Center, 22nd Floor
                                San Francisco, CA  94111


                                By:  /s/ Paula M. Weber
                                Paula M. Weber
                                Attorneys for Defendant
                                AT&T MOBILITY SERVICES, LLC


### ORDER

Pursuant to the parties stipulation, this action is dismissed and the Clerk of the Court is **DIRECTED** to close the case.


IT IS SO ORDERED.

Dated:  March 8, 2013          _____
                                SENIOR  DISTRICT  JUDGE

-2-

*Dept. Fair Empl. & Hsg. v. AT&T MOBILITY SERVICES, INC.* (Goodrich)
JOINT STIPULATION FOR DISMISSAL

