|  | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF CALIFORNIA**<br>*Office of the Clerk* |  |
|---|---|---|
| Keith Holland<br>*Clerk*<br><br>Jenna Nelson<br>*Chief Deputy* | Robert T. Matsui United States Courthouse<br>501 "I" Street, Suite 4-200<br>Sacramento, California 95814-7300<br>Phone: 916-930-4000<br>Website: www.caed.uscourts.gov | Divisional Office:<br>Angela Alvarez<br>*Deputy In Charge*<br>Robert E. Coyle<br>United States Courthouse<br>2500 Tulare Street, Room 1501<br>Fresno, California 93721<br>Phone: 559-499-5600 |

September 1, 2021

In re: *Dept. of Fair Employment & Housing v. AT&T Mobility Services, LLC (1:11-cv-02114-AWI-SKO)*

To All Parties and Attorneys of Record (VIA CM/ECF):

I have been contacted by Judge Anthony W. Ishii, who presided over the above-mentioned case.

Judge Ishii informed me that it has been brought to his attention that while he presided over the case he owned stock in AT&T. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Ishii directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Ishii's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before October 1, 2021. Any response will be considered by another judge of this court without the participation of Judge Ishii.

Sincerely,

Clerk of Court